UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60045-CIV-ZLOCH

CLEMENT MALONE,

       Plaintiff,

                                          **FINAL ORDER OF DISMISSAL**

vs.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

       Defendant.

_____/

      THIS MATTER is before the Court upon the Report And Recommendation (DE 15) filed herein by United States Magistrate Judge Robin S. Rosenbaum.  The Court has conducted a de novo review of the entire court file herein and is otherwise fully advised in the premises.

      Accordingly, after due consideration, it is

      **ORDERED AND ADJUDGED** as follows:

      1. The Report And Recommendation (DE 15) filed herein by United States Magistrate Judge Robin S. Rosenbaum be and the same is hereby approved, adopted and ratified by the Court;

      2. Defendant Michael J. Astrue's Motion To Remand (DE 18) be and the same is hereby **GRANTED**;

      3. The decision of the Administrative Law Judge of the Social Security Administration dated November 16, 2006, be and the same is hereby **REVERSED**;

      4. The above-styled cause be and the same is hereby **REMANDED**

to the Social Security Administration for further consideration pursuant to sentence four of 42 U.S.C. § 405(g); and

    5. To the extent not otherwise disposed of herein, all pending motions be and the same are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this _10th_ day of July, 2009.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Robin S. Rosenbaum
United States Magistrate Judge

All Counsel of Record